# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

### COURT MINUTES

Doe,

          Plaintiff,

v.

Noem, et al.,

          Defendants.

BEFORE: Dulce J. Foster
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cv-3142 (JRT/DJF) |
| Date: | December 4, 2025 |
| Venue: | Zoom Video Hearing |
| Court Reporter: | Renee Rogge |
| Recording: | Zoom Recording |
| Time Commenced: | 10:00 A.M. |
| Time Concluded: | 10:54 A.M. |
| Time in Court: | 54 Minutes |

**APPEARANCES:**

    Plaintiff:     Primary Counsel – Elinor Murarova
    Defendant:     Primary Counsel – McKenna Nicole Rackleff
                     Counsel – David Byerley

**PROCEEDINGS:** The parties presented oral argument regarding Plaintiff's *Motion to Compel Production* (ECF No. 167) ("Motion").

Based on the Motion and supporting documents, and for the reasons stated on the record, the Court **GRANTED** the Motion (ECF No. 167) **IN PART** as follows:

1. By **January 20, 2026**, Defendants shall reproduce the Administrative Records for each applicant with redactions solely under the Deliberative Process Privilege removed.
2. The Administrative Records reproduced pursuant to Paragraph 1 shall be clearly marked "Attorney's Eye's Only" and their disclosure restricted as "Attorney's Eye's Only" material pursuant to the Court's Protective Order.
3. The Court will review six wholly unredacted exemplar records *in camera*. Plaintiff and Defendant shall each select three exemplars for the Court's *in camara* review and email a joint letter to the Court identifying their selections by **December 18, 2025**. Defendants shall send an *ex parte* email to Judge Dulce Foster's Chambers attaching the six unredacted exemplar records by **January 5, 2026**.
4. The Court will decide whether additional disclosure of materials designated under the Law Enforcement Privilege is warranted upon completing its *in camera* review.

☐ ORDER TO BE ISSUED  ☒ NO ORDER TO BE ISSUED  ☐ R&R TO BE ISSUED  ☐ NO R&R TO BE ISSUED
☐ Exhibits retained by the Court  ☐ Exhibits returned to counsel

Date: December 12, 2025                 /s *William Chorba*
                                               Law Clerk